RECOVERY ADVOCATES
2575 PEACHTREE RD NE, SUITE 300
ATLANTA, GA 30305
P: (678) 664-4878
F:(470) 777-2878



E. ALBERT LAW

July 08, 2020

SENT VIA: U.S MAIL
SENT VIA FAX: (877) 219-0742
SENT VIA EMAIL: justin.mills@walmart.com

JUSTIN MILLS
CLAIM NO: 8852799
PO Box 14731
Lexington, KY 40512

## OFFER TO SETTLE TORT CLAIM

| | | |
|---|---|---|
| Claim No | : | 8852799 |
| Our Client | : | Rene Chatfield |
| Your Insured | : | Walmart Facility #1184 |
| Date of Injury | : | June 18, 2019 |

Dear Justin Mills:

Please be advised, I am submitting this letter as an offer to compromise any and all disputed claims for Rene Chatfield. As with any and all communications received from this office, this letter and its contents are presented as an offer of compromise and may not be used for evidentiary or other purposes before a judge or jury other than to enforce a settlement agreement or prosecute a bad faith action.

### INCIDENT/LIABILITY

**INCIDENT**

On June 18, 2019, my client, Ms. Rene Chatfield, was shopping on or about 5138 Thurman Ct SW in Lilburn, GA 30047, at Walmart Facility #1184, when the incident occurred. In particular, Rene Chatfield was walking inside of Walmart when she slipped on a puddle of water that was on the floor. When Rene fell on her left side her foot inverted which caused immediate ankle pain and swelling.

My client was an invitee on your insured's premises. An invitee is a person who is invited upon the property as a member of the public for a purpose for which the land is held open to the public. Where an owner or occupier of land, by express or implied invitation, induces or leads others to come upon his premises for any lawful purpose, he is liable in damages to such persons for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe. O.C.G.A. § 51-3-1. A landowner is required to protect an invitee from injuries caused by conditions that the landowner knows or, by the exercise of reasonable care, should have known involve an unreasonable risk of harm. This means that the landowner must inspect the property to prevent injuries to invitees. Valentin v. Six Flags Over Ga., L.P., 286 Ga. App. 508, 649 S.E.2d 809 (2007). A landowner owes a duty to an invitee to exercise reasonable care to clear the property of a dangerous condition or warn the invitee about its presence. Lore v. Suwanee Creek Homeowners Ass'n, 305 Ga. App. 165, 699 S.E.2d 332 (2010).

## LIABILITY

Walmart Facility #1184 was 100% negligent for the above-mentioned accident. Mrs. Chatfield was unaware that this accident would occur and was unable to avoid or otherwise reduce the consequences. **If you contend that my client is negligent in any way, please advise as to your determination of percentage of fault and the reasons for this determination.**

## INJURIES/SYMPTOMS

## INJURIES

My client was diagnosed with the following accident related injuries and symptoms as a result of your insured's negligence:

| ICD-10 Codes | Description |
|---|---|
| M25.572 | Pain in left ankle and joints of left foot |
| M25.561 | Pain in right knee |
| M25.562 | Pain in left knee |
| M12.561 | Traumatic arthropathy right knee |
| M12.562 | Traumatic arthropathy left knee |
| M12.572 | Traumatic arthropathy left ankle and foot |
| M22.41 | Chondromalacia patellae right knee |
| M67.51 | Plica syndrome right knee |
| M67.52 | Plica syndrome left knee |
| M22.42 | Chondromalacia patellae left knee |
| S80.02XA | Contusion of left knee initial encounter |
| S80.01XA | Contusion of right knee initial encounter |
| S83.241D | Other tear of medial meniscus current injury right knee subsequent encounter |
| S93.492A | Sprain of other ligament of left ankle initial encounter |
| S93.492D | Sprain of other ligament of left ankle subsequent encounter |
| S83.242D | Other tear of medial meniscus current injury left knee subsequent encounter |
| S83.281D | Other tear of lateral meniscus current injury right knee subsequent encounter |
| S83.282D | Other tear of lateral meniscus current injury left knee subsequent encounter |
| S93.402A | Sprain of unspecified ligament of left ankle initial encounter |
| W01.0XXA | Fall same level from slip/trip without strike against object initial |
| Y92.512 | Supermarket store or market as place |

## MEDICAL TREATMENT

**GWINNETT COUNTY FIRE & EMERGENCY**
**EASTSIDE MEDICAL CENTER**
**MAROON BELLS EMERGENCY PHYSICIANS**
**SOUTH GWINNETT RADIOLOGY**
**BENCHMARK PHYSICAL THERAPY**

## BARBOUR OTHOPAEDICS AND SPORTS MEDICINE

### DAMAGES

**SPECIAL DAMAGES**

*Past Owed Medical Bills*

Mrs. Chatfield incurred the following medical expenses as a result of your insured's negligence. *If you claim any of the medical treatment was unnecessary or any of the bills were unreasonable, please identify in writing which bills you dispute and the factual basis for disputing. If you dispute them with a qualified expert opinion from a doctor, then please provide me with a copy of his report. If not, then please confirm in writing that you dispute the bills as an adjuster and not a qualified medical professional. If you do not respond in writing to this request, I will assume you do not dispute the amount of medical bills.*

| Provider | Bill |
|---|---|
| Gwinnett County Fire & Emergency | $1,080.00 |
| Eastside Medical Center | $2,677.29 |
| Maroon Bells Emergency Physicians | $1,638.00 |
| South Gwinnett Radiology | $33.00 |
| Benchmark Physical Therapy | $2,751.00 |
| Barbour Orthopaedics and Sports Medicine | $25,383.26 |
|  | $33,562.55 |

*Future Medical Expenses*

Although my client has consistently treated for her injuries, her pain persists to this day and is likely to continue into the future. **My client will need future treatment.**

005

7/8/2020

## GENERAL DAMAGES

*Pain and Suffering.*

Mrs. Chatfield is entitled to compensation for past and future **physical and mental pain and suffering for temporary and permanent injuries as related to this accident.** Pain and suffering are general damages given to compensate an injured party for all nonpecuniary loss, inconvenience, pain, discomfort, anxiety, etc., whether mental, physical or both—experienced as a consequence of a personal injury. Injured parties are entitled to receive pain and suffering for both **temporary** and **permanent** injuries.

This situation has affected my client's life; since the incident to present and continuing. In addition to physical pain as described above, Mrs. Chatfield has endured mental and emotional pain and suffering including mental distress from diminished efficiency, fright, shock, anxiety, and mental anguish.

As a result of the injuries she sustained in the wreck, Mrs. Chatfield had to limit her daily activities and has been unable to engage in recreational activities she previously enjoyed. Additionally, Mrs. Chatfield also had trouble sleeping due to the pain and stiffness.

Despite aggressive medical and other treatment, Mrs. Chatfield continues to be in pain.

### DEMAND

In consideration of the damages as outlined above, by way of a reasonable demand, Mrs. Chatfield has authorized me to accept a settlement in the amount of $ 150,00.00 . This demand is being made pursuant to the Unliquidated Damages Act, O.C.G.A. § 51-12-14, and will remain open for 30 days from receipt of the demand as required under the statute. If the demand is not accepted in writing within 30 days of receipt, the demand will expire and will be withdrawn and can no longer be accepted.

Acceptance of this demand shall be made by delivery of a draft payable to **RENE CHATFIELD** and **E. ALBERT LAW, LLC** and sent to **2575 PEACHTREE ROAD NE, SUITE 300, ATLANTA, GA 30305,** within **thirty (30) days of your receipt of this demand.**

Our law firm is ready, willing, and able to execute whatever documents are required to effectuate this settlement. Please review my client's fair and equitable offer of settlement and contact my office as soon as possible with your response. I look forward to working with you towards a resolution of this matter.

Sincerely,
E. ALBERT LAW, LLC,

*Esther Albert*

Esther Albert
albert@ealbertlaw.com